

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

January 8, 2007

FILED
JAN 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Phyllis J. Hamilton
U.S. District Court Judge

E-Filing

Re:  Queenie Qi
     Docket No.: CR 05-0728 PJH
     <u>TRAVEL REQUEST</u>

Your Honor:

On August 19, 2005, the offender was sentenced by the Honorable David G. Campbell, U.S. District Judge, District of Arizona, to Four years probation., for a violation of the following: Count One: Misprision of a Felony, 18 U.S.C. § 4, a Class E felony. The following special conditions of supervision were ordered: Special assessment $100.00; restitution $45,321.43; access to financial information; no new lines of credit or debt; no position of fiduciary responsibility; search; DNA collection. Supervision commenced on August 19, 2005. Jurisdiction of this matter was transferred to the Northern District of California on November 3, 2005.

Since being placed on probation, Ms. Qi has cooperated with the Probation Office. She has followed all directives and has presented no problems to supervision. She has maintained full time employment and resides with her mother and her children. She has been making minimal but consistent restitution payments.

Ms. Qi has two minor children by Mr. Wilson Cheung. Mr. Cheung's father, Cheung Hung Chun, resides in Guanxiou, China, and is reported to be of advanced age and in poor health. Mr. Wilson Cheung has requested that his children travel to China to see their grandfather while he is still alive. Mr. Wilson Cheung would pay for the passage of Ms. Qi and the children. Travel is requested between January 23, and February 6, 2007.

The undersigned recommends that travel be approved.

Respectfully submitted,

*Paul Renois*
Paul J. Renois
U.S. Probation Officer

Reviewed by:

*Paul Renois for Robert Tenney*
Robert Tenney
Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Queenie Qi  
CR 05-0728 PJH

Page 2

Travel is:  
☒ Approved  
☐ Denied

_____1/8/07_____  
Date

_____  
The Honorable Phyllis J. Hamilton  
U.S. District Judge