# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

FILED
MAY   4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

May 1, 2007

The Honorable Phyllis J. Hamilton
U.S. District Court Judge
San Francisco, CA

Re: Queenie, Qi
Docket No.: CR 05-0728 PJH
<u>Travel Request</u>

Your Honor:

On August 19, 2005, the offender was sentenced by the Honorable David G. Campbell, United States District Judge, District of Arizona, to four years probation for violation of 18 U.S.C. § 4, Misprision of a Felony, a class E felony. The following special conditions of supervision were ordered: Special assessment $100; restitution $45,321.43; access to financial information; no new lines of credit or debt; no position of fiduciary responsibility; search; and DNA collection. Supervision commenced on August 19, 2005, and jurisdiction of this matter was transferred to the Northern District of California on November 3, 2005.

Since being placed on probation, Ms. Qi has cooperated with the Probation Office and has followed all directives. She has maintained employment and resides with her mother and children. She has been making minimal, but consistent restitution payments.

Ms. Qi was permitted by Your Honor to travel to China in January 2006 to allow her children to see their ailing grandfather. The children's grandfather has recently passed and Ms. Qi is requesting to travel to China to attend the funeral. Travel is requested between May 16, 2007, and June 9, 2007.

The undersigned recommends that international travel be approved.

Respectfully submitted,                    Reviewed by:

Jennifer Hutchings                          James M. Schloetter
U.S. Probation Officer                      Supervisory U.S. Probation Officer

Queenie Qi
CR 05-0728 PJH

Travel is:
☑ Approved
☐ Denied

_____ 5/4/07
Date

_____
Phyllis J. Hamilton
United States District Judge