# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>QUEENIE YAKUN QI | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-05-00728-001 PJH<br>BOP Case Number: DCAN305CR000728-001<br>USM Number:<br>Defendant's Attorney : Mark Rosenbush |

**THE DEFENDANT:**
[x]  admitted guilt to violation of condition(s)charges <u>one through four</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | defendant violated standard condition of probation that she shall not commit another federal, state or local crime during the term of supervision | 12/30/2007 |
| Two | defendant violated standard condition number nine that she shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance | no date provided |
| Three | defendant violated standard condition number ten that she shall not frequent places where controlled substances are illegally sold, used, distributed or administered | no date provided |
| Four | defendant violated standard condition number thirteen that she shall immediately notify the probation officer within 48 hours of being arrested or questioned by law enforcement | 12/30/2007 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/2/08
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Phyllis J. Hamilton, U. S. District Judge
Name & Title of Judicial Officer
7/14/08
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:      QUEENI QI                                                                             Judgment - Page 2 of 2
CASE NUMBER:    CR-05-00728-001 PJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months .

[X]  The Court makes the following recommendations to the Bureau of Prisons:
The defendant to be designated to a facility as close to San Francisco, CA as possible to facilitate family visits.

[ ]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[**x**]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, otherwise to the U.S. Marshal:

   [x] by 12:00 pm on 9/2/2008 .
   [**x**] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                              _____
                                                              UNITED STATES MARSHAL

                                                        By    _____
                                                              Deputy United States Marshal